UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   23-CR-250 (CJN) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C. §§ 846 and 860(a) |
| DEMARCO ROBINSON, | : | (Conspiracy to Distribute and Possess |
| | : | with Intent to Distribute Marijuana within |
| Defendant. | : | 1,000 Feet of a Prohibited Location) |
| | : | 22 D.C. Code § 4504(a)(1) and (b)(1) |
| | : | (Carrying a Pistol Without a License |
| | : | (Outside Home or Place of Business)) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) and (p) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Between on or about August 2022, through July 2023, within the District of Columbia and elsewhere, **DEMARCO ROBINSON,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), within one thousand feet of the real property comprising Boone Elementary School, a public elementary school in the District of Columbia.

**(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana within 1,000 Feet of a Prohibited Location**, in violation of Title 21, United States Code, Sections 846 and 860(a)**)**

## COUNT TWO

On or about July 10, 2022, within the District of Columbia, **DEMARCO ROBINSON**, did carry, openly and concealed on or about his person, a pistol, in a place other than his dwelling place, place of business or on other land possess by him, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of Title 22, District of Columbia Code, Section 4504(a)(1) and (b)(1) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One of this Information, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p))

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. No. 481052

By:               */s/*
                                                IRIS YAO MCCRANIE
                                                Assistant United States Attorney
                                                N.Y. Bar No. 5011234
                                                Violence Reduction & Trafficking Offenses Section
                                                601 D Street NW, Room 5.226
                                                Washington, DC 20530
                                                Phone: (202) 252-7828
                                                Email:  iris.mccranie@usdoj.gov